**Billy GRISSO, Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.**

No. 05–2720.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 28, 2006.

Filed: Oct. 11, 2006.

Billy Grisso, Charleston, MO, pro se.

Jane Rund, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

In 1981, Billy Grisso was awarded disability benefits. In 1983, he was sen-

tenced to 25 years in prison for felony offenses, and his benefits were suspended pursuant to a former federal law, 42 U.S.C. § 402(x)(1) (1993) (amended 1994), which provided that an individual imprisoned for a felony could not receive benefits unless he participated in an approved rehabilitation program. In 1997, Grisso filed an application with the Social Security Administration for approval of an industrial training program he had participated in from July 1984 to July 1992. An administrative law judge (ALJ) refused to approve the program, the district court[1] affirmed, and Grisso appeals. After thorough review of the record and the parties' submissions, we find substantial evidence supports the ALJ's decision. *See Dukes v. Barnhart*, 436 F.3d 923, 926 (8th Cir.2006) (standard of review). We also find no abuse of discretion in the district court's denial of Grisso's motion for reconsideration. *See In re Charter Commc'ns, Inc.*, 443 F.3d 987, 993 (8th Cir.) (standard of review), *petition for cert. filed*, 75 U.S.L.W. 3034 (U.S. July 7, 2006) (No. 06–43).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny as moot Grisso's motion to "call up" records.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.